UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO MOLINA, ET AL.

                Plaintiffs,

     - against -

PKFM CO. LLC, ET AL.,

                Defendants.

22-cv-9753 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **February 27, 2023.** The conference scheduled for March 15, 2023 is canceled.

SO ORDERED.

Dated:    New York, New York
            February 6, 2023

                                          John G. Koeltl
                              United States District Judge