UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO MOLINA and FRANCISCO HUERTA RAMOS,

                     Plaintiffs,

-v-

PKFM CO. LLC, doing business as BRAVO PIZZA, and FRANK LIBRETTA,

                     Defendants.

CIVIL ACTION NO.: 22 Civ. 9753 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 17). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Wednesday, March 8, 2023, at 12:30 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:      New York, New York
             February 28, 2023

                                    SO ORDERED.

                                    SARAH L. CAVE
                                    United States Magistrate Judge