UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTONIO MOLINA and FRANCISCO HUERTA RAMOS,

                Plaintiffs,

-v-

PKFM CO. LLC and FRANK LIBRETTA,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 9753 (JGK) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request to adjourn the settlement conference scheduled for April 25, 2023 is GRANTED, and the settlement conference is ADJOURNED to **Wednesday, May 24, 2023 at 10:00 am** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 20 at 5–7) remains in effect. The submissions required by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and opposing counsel by **May 18, 2023**. The parties are reminded to include the Attendance Acknowledgement form annexed to the Standing Order (id. at 8).

Dated:    New York, New York
           April 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**