UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTONIO MOLINA, ET AL.,

                           Plaintiffs,

           - against -

PKFM CO. LLC, ET AL.,

                        Defendants.

---

**22-cv-9753 (JGK)**

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The parties are directed to submit their settlement proposal to this Court for settlement approval pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015), by **June 23, 2023.**

SO ORDERED.

Dated:    New York, New York
             May 30, 2023

                                  John G. Koeltl
                       United States District Judge