UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ANTONIO MOLINA and                              :
FRANCISCO HUERTA RAMOS                           :          **No. 22 Civ. 9753 (JGK)**
                                                 :
                        Plaintiffs,              :
                                                 :
            -against-                            :
                                                 :
PKFM CO. LLC d/b/a BRAVO PIZZA and               :
FRANK LIBRETTA                                   :          [PROPOSED]
                                                 :          **JUDGMENT**
                        Defendants.              :
---------------------------------------------------------------- X

**WHEREAS,** an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having

been filed by Plaintiffs Antonio Molina and Francisco Huerta Ramos ("Plaintiffs") on June 29,

2023; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and

against Defendants PKFM Co. LLC d/b/a Bravo Pizza and Frank Libretta, jointly and severally,

in the amount of $73,000.00, inclusive of attorneys' fees and costs, in full and final resolution of

all of Plaintiffs' claims in this action.

Dated:  New York, New York
        _____6/3 0_____, 2023


                                    SO ORDERED:

                                    _____
                                    Hon. John G. Koeltl
                                    United States District Judge